UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMES EDWARD GOUBEAUX, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:19-cv-00205-JMS-DLP |
| ) | |
| I.D.O.C., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ENTRY DENYING AS UNNECESSARY SECOND MOTION
FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
FINAL ORDER TO PAY INITIAL PARTIAL FILING FEE**

Plaintiff James Goubeaux's second motion for leave to proceed *in forma pauperis*, dkt. [8], is **denied as unnecessary**. The Court has already granted Mr. Goubeaux leave to proceed *in forma pauperis*. *See* dkt. 4.

The Court ordered Mr. Goubeaux to pay an initial partial filing fee of $3.60 and granted him through June 10, 2019, to do so. That date has passed, and Mr. Goubeaux has not paid the initial partial filing fee.

Mr. Goubeaux shall have **through July 1, 2019**, to pay the initial partial filing fee as previously directed or show cause why doing so is not possible. If he fails to do so by that time, the Court will dismiss this action and enter final judgment without further warning.

**IT IS SO ORDERED.**

Date: 6/10/2019

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES EDWARD GOUBEAUX, JR.
223811
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only